ROBERT P. HENK (SBN: 147490)
SHERI L. LEONARD (SBN: 173544)
HENK LEONARD
A Professional Law Corporation
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone:    (916) 787-4544
Facsimile:    (916) 787-4530

Attorneys for Plaintiff
GREGORY WAHL

THOMAS M. MCINERNEY (SBN:162055)
ROSHNI D. CHAUDHARI   (SBN:310612)
OLGETREE, DEAKING, NASH,
SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415-442-4810
Fax:   415-442-4870

Attorneys for Defendant
BASF CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WAHL,<br><br>          Plaintiff,<br><br>vs.<br><br>BASF CORPORATION and DOES 1 through 5, inclusive,<br><br>          Defendants. | CASE NO. 2:15-CV-02630-WBS-KJN<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR REQUEST FOR DISMISSAL |

///

Stipulation and [Proposed] Order for Dismissal

1

IT IS HEREBY STIPULATED by and between the Plaintiff, Gregory Wahl, and Defendant, BASF Corporation, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(2), with each party to bear their own fees and costs, and waiving all rights of appeal.

IT IS SO STIPULATED:

Dated: October 24, 2016                HENK LEONARD
                                       A Professional Law Corporation


                                       By   */s/ Sheri L. Leonard*
                                            ROBERT P. HENK
                                            SHERI L. LEONARD
                                            Attorneys for Plaintiff
                                            GREGORY WAHL


Dated:  October 24, 2016               OLGETREE, DEAKING, NASH


                                       By:*/s/Roshni D. Chaudhari (as auth. on 10/24/16)*
                                            THOMAS M. MCINERNEY
                                            ROSHNI D. CHAUDHARI
                                            Attorneys for Defendant
                                            BASF Corporation

IT IS SO ORDERED.  All pending dates and deadlines are vacated.

Dated:  October 26, 2016

                                       WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order for Dismissal